## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) HALEY I. HEATH, an individual, | ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. CIV-21-136-J |
| 1) BADGER VALLEY INVESTMENTS, LLC, d/b/a SETH WADLEY FORD, an Oklahoma limited liability company, | ) ) JURY TRIAL DEMANDED ) ) |
| Defendant. | ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Haley I. Heath, an individual, and hereby gives notice pursuant to Fed. R. Civ. P. 41, as stipulated by all parties who have appeared, that Plaintiff dismisses with prejudice any and all claims alleged against Badger Valley Investments, LLC, d/b/a Seth Wadley Ford, an Oklahoma limited liability company in the above captioned case.

The parties further stipulate that Plaintiff shall not be responsible for Badger Valley Investments, LLC, d/b/a Seth Wadley Ford, an Oklahoma limited liability company's costs and attorney's fees, if any, and that Badger Valley Investments, LLC, d/b/a Seth Wadley Ford, an Oklahoma limited liability company shall not be responsible for Plaintiff's costs and attorney's fees, if any.

Respectfully submitted,

By: _/s/ Michael L. Barkett_
    Michael L. Barkett, OBA #16171
    **SMITH BARKETT LAW GROUP, PLLC**
    1202 East 33rd Street
    Tulsa, Oklahoma 74105
    918.582.6900 – Telephone
    918.582.6907 – Facsimile
    mbarkett@barkettlaw.net

*Attorney for Plaintiff, Haley I. Heath*

## CERTIFICATE OF SERVICE

      This is to certify that on July 12, 2022, a true and correct copy of the above and foregoing Stipulation of Dismissal With Prejudice of Plaintiff was electronically transmitted to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants of record in this case:

Nathan L. Whatley, OBA #14601
McAfee & Taft, a professional corporation
Eighth Floor, Two Leadership Square
211 North Robinson
Oklahoma City, OK 73102-7103
405.235.9621 – Telephone
405.235.0439 – Facsimile
Nathan.whatley@mcafeetaft.com

*Counsel for Defendant*

    _s/Michael L. Barkett_
    Michael L. Barkett